IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-159 |
| | ) | |
| SHAWN MARSHALL DAVIS | ) | |

ORDER

AND NOW, this 6th day of September, 2011, in consideration of the within Unopposed Motion by United States for Release of Sealed Portion of Transcript, said motion is hereby GRANTED. The Court Reporter is hereby authorized to provide to the government the entire transcript of the January 26, 2007, hearing, including the sealed portion of the proceedings which occurred at sidebar. The sidebar portion of the transcript shall remain under seal in the continued interests of justice pending further Order of this Court.

Honorable Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record